623 S.E.2d 94

**Richard N. KENNEDY, Respondent,**

v.

**Scott Edward GRIFFIN and Dick Simon Trucking, Inc., Petitioners.**

No. 26072.

Supreme Court of South Carolina.

Heard Oct. 18, 2005.

Decided Nov. 28, 2005.

William S. Brown, of Nelson Mullins Riley & Scarborough, L.L.P., of Greenville, for petitioners.

Kenneth L. Holland, of Gaffney, for respondent.

PER CURIAM:

We granted a writ of certiorari to review the Court of Appeals' decision in *Kennedy v. Griffin*, 358 S.C. 122, 595 S.E.2d 248 (Ct.App.2004). After careful consideration, we dismiss the writ as improvidently granted.

TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.